1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12   LEONARD D. ROSS,                    )     Case No.: C 08-4554 WDB
                                         )
13                  Plaintiff,           )     **ORDER DENYING APPLICATION**
                                         )     **TO PROCEED IN FORMA**
14        v.                             )     **PAUPERIS AND DISMISSING**
                                         )     **COMPLAINT**
15   DENISE M. MOSS,                     )
                                         )
16                  Defendants.          )
     _____ )
17

18        On September 30, 2008, Plaintiff filed a Complaint along with an Application to

19   Proceed in Forma Pauperis.  Plaintiff also filed a Consent to Proceed before a United

20   States Magistrate Judge.  Having reviewed Plaintiff's Complaint and In Forma Pauperis

21   Application,

22        IT IS HEREBY ORDERED that the Application be denied and the Complaint

23   dismissed.

24        The federal *in forma pauperis* statute, enacted in 1892 and presently codified as

25   28 U.S.C. § 1915, is designed to ensure that indigent litigants have meaningful access to

26   the federal courts.  *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 342-343

27   (1948).  To this end, § 1915(a) allows a litigant to commence a civil action in federal

28

ORDER, *page 1*

1   court *in forma pauperis* by filing in good faith an affidavit stating, *inter alia*, that he is

2   unable to pay the costs of the lawsuit.  *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989).

3   Preliminarily, however, under 28 U.S.C. § 1915(e), where a plaintiff seeks to proceed in

4   forma pauperis, the Court must dismiss the complaint if it determines that the complaint is

5   frivolous or malicious, or that the plaintiff has failed to state a claim upon which relief

6   can be granted.  28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

7           Here, the document that we construe as Plaintiff's Complaint falls directly within

8   the category of pleadings identified in § 1915(e).  It is unclear exactly what claims

9   Plaintiff is making in his Complaint.  The Complaint itself consists only of a cover sheet

10  and several documents from the Superior Court of California in what appears to be an

11  ongoing family law matter between Plaintiff and Ms. Denise M. Moss.  Mr. Ross sets

12  forth no allegations about any causes of action he intends to bring before this federal

13  court, and the Complaint he has filed cannot fairly be read to state any claim under the

14  Federal Rules of Civil Procedure.   There is no indication that Plaintiff can cure these

15  deficiencies.

16          Accordingly, pursuant to 28 U.S.C. § 1915(e), Plaintiff's Complaint is

17  DISMISSED and his application to proceed in forma pauperis is DENIED.[1]

18

19  IT IS SO ORDERED.

20  Dated:   10/30/08

21

22

23  WAYNE D. BRAZIL.
    United States Magistrate Judge

24

25

26

---

27      [1]    A Magistrate Judge may not deny an application to proceed in forma pauperis or
    issue an Order dismissing a case without the consent of plaintiff.  *See Tripati v. Rison*, 847 F.2d
28  548 (9th Cir. 1988).  Plaintiff here has filed a consent to Magistrate Judge jurisdiction and, thus,
    this dispositive Order is permissible.

ORDER, *page 2*